# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| $103,000.00 IN UNITED STATES   ) | |
| CURRENCY,   ) | 8:09-cv-00454-LSC-FG3 |
| ) | |
| Defendant,   ) | ORDER |
| ) | |
| TRI Q. ON,   ) | |
| ) | |
| Claimant.   ) | |

This matter is before the court on the "Application to Withdraw and to Continue Trial" (#454) filed by counsel for the claimant.

The case was pre-tried on July 13, 2010 and set for a nonjury trial to commence the week of October 12, 2010. *See* #21, Final Pretrial Order. The court has considered the information provided in the motion and finds that the motion should be denied.

**IT IS ORDERED** the "Application to Withdraw and to Continue Trial" (#454) filed by counsel for the claimant is denied. Trial remains set for Tuesday, October 12, 2010 before Judge Laurie Smith Camp. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **Thursday, October 7, 2010**. The objecting party must comply with all requirements of NECivR 72.2.

DATED October 4, 2010.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**